# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Azeez Salah Al-Din Bey, | Case No. 2:24-cv-7704-RMG |
| Plaintiff, | |
| v. | **ORDER** |
| North Charleston Police Dept., Ronald Lacher, Harold Brown, | |
| Defendant. | |

Before the Court is the Report and Recommendation (R&R) of the Magistrate Judge recommending that Plaintiff's case be dismissed without prejudice for failure to prosecute under Fed. R. Civ. P. 41(b). (Dkt. No. 14). Plaintiff did not file objections to the R&R nor file an Amended Complaint in response to an Order directing he bring his case into proper form dated March 26, 2025. (Dkt. No. 9).

The Court agrees with the Magistrate Judge's recommendation that this action be dismissed pursuant to Rule 41(b) of Federal Rules of Civil Procedure. Whether to dismiss under Rule 41(b) is a matter for the Court's discretion. *Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978). Plaintiff has failed to bring his case into proper form and has failed to comply with a court order which instructed Plaintiff to provide specific documentation to the court to bring his case into proper form by April 16, 2025. (*See* Dkt. No. 9). The Proper Form Order warned Plaintiff of the consequences of his failure to comply, including dismissal of his case pursuant to Rule 41. Despite this warning, Plaintiff has not provided the court with the required documentation. Based on these facts in the record, the Court adopts the R&R as the Order of the Court and dismisses Plaintiff's case without prejudice.

1

**AND IT IS SO ORDERED.**

s/ Richard M. Gergel
Richard Mark Gergel
United States District Judge

June 11, 2025
Charleston, South Carolina